UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILSON MALDONADO,

        Plaintiff,

- against -

SCOPA6, LLC, d/b/a GINO'S OF COMMACK,
7 STROMBOLI, LLC, d/b/a GINO'S OF
NESCONSET, GIUSEPPE G. LICATA, /k/a
JOSEPH G. LICATA, MICHAEL LICATA,
NICHOLAS DI NARDO,

        Defendants.
-----------------------------------------------------------------X

**JUDGMENT**
CV 22-4328 (GRB) (JMW)

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on February 14, 2023, accepting Defendant SCOPA6, LLC's February 14, 2023 offer to allow entry of judgment against it in the amount of $5,000.00, to resolve, in their entirety, all of the claims asserted by Plaintiff in the action, including reimbursement of Plaintiff's reasonable attorneys' fee and costs incurred to the date of the offer, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Wilson Maldonado and against Defendant SCOPA6, LLC, in the amount of $5,000.00, to resolve in their entirety, all of the claims asserted by Plaintiff in the action, including reimbursement of Plaintiff's reasonable attorneys' fee and costs incurred to the date of the offer; and that this case is closed.

Dated: February 14, 2023
       Central Islip, New York

                                                BRENNA B. MAHONEY
                                                CLERK OF THE COURT

                                 By:    /s/ James J. Toritto
                                                 Deputy Clerk